GERALD THOMPSON, an Infant, by GEORGE E. THOMPSON, His Guardian ad Litem, Respondent, v. THE STATE OF NEW YORK, Appellant. (Claim No. 21696.) — Judgment affirmed, with costs. All concur. (The judgment awards

claimant damages for negligence in permitting culvert to cause water to overflow the road.) Present — Taylor, Edgcomb, Thompson, Crosby and Lewis, JJ.